ROBERT E. HESS (SBN 178042)
rhess@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
11/16/18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:18-cv-04622-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Crtrm.: 1 – 4th Floor – Oakland<br><br>**STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Current Date: November 15, 2018<br>New Date: November 21, 2018<br><br>Complaint Filed: July 31, 2018 |

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:18-cv-04622-YGR
302834046v1 1013748

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

## **STIPULATION**

Pursuant to Rule 6-1(a) of the Local Rules of Practice for the United States District Court for the Northern District of California ("Local Rules"), Plaintiff John Doe ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate to a further extension of time within which Defendant may respond to the Complaint filed by Plaintiff on July 31, 2018 and served on Defendant on September 25, 2018.

Specifically, Defendant shall have an additional six (6) days from the current response due date of November 15, 2018, in which to answer or otherwise respond, such that a pleading filed on or before November 21, 2018 shall be deemed timely. Good cause exists for this extension because Defendant has only recently retained counsel, and additional time is needed to gather all relevant documents and all matters previously reviewed and considered in connection with Plaintiff's disability claim (*i.e.*, the "Administrative Record"), to formulate its interim litigation strategy and to prepare its actual responsive pleadings.

**This extension will not alter the date of any event or any deadline already fixed by Court order.**

IT IS SO STIPULATED.

DATED: November 14, 2018　　　　　Hinshaw & Culbertson LLP

By: */s/ Robert E. Hess*
ROBERT E. HESS
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED: November 14, 2018　　　　　BOLT KEENLEY KIM LLP

By: */s/ James P. Keenley*
JAMES P. KEENLEY
Attorneys for Plaintiff
John Doe

1
STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:18-cv-04622-YGR
302834046v1 1013748

| | |
|---|---|
| 1 | *Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Robert Hess hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:18-cv-04622-YGR
302834046v1 1013748

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800