# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DOE,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>Defendant**.** | CASE NO. 18-cv-04622-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Re: Dkt. No. 21 |

The Court has read and reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 21). Given that this case arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, the Court will not set a date for a bench trial until briefing on cross motions under Federal Rule of Civil Procedure 56 is completed.[1] If required, a bench trial can be scheduled on a fairly expedited basis. In light of the instant order, the Court hereby **VACATES** the case management conference currently set for Monday, December 17, 2018 and **SETS** a new case management conference as stated herein. An earlier conference can be rescheduled if requested.

Defendant shall preserve the administrative record and lodge the same with the Court twenty-eight days after the close of discovery.

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO AMEND PLEADINGS/ADD PARTIES | Not without the Court's permission |
| REFERRAL TO ADR; LAST DAY TO CONDUCT MEDIATION/SETTLEMENT CONFERENCE | Referred to Private Mediation<br>June 28, 2019 |

---

[1] Should the parties determine that a bench trial will be required, rather than resolution on the papers, the Court will discuss the issue with the parties at the next case management conference and modify the schedule below to require simultaneous opening briefs and responsive briefs.

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 15, 2019 at 2:00 p.m. |
| DISCOVERY CUTOFF | August 30, 2019 |
| PARTIES TO FILE AFFIRMATIVE MOTIONS FOR JUDGMENT: | October 4, 2019 |
| PARTIES TO FILE RESPONSES TO ONE ANOTHER'S MOTIONS FOR JUDGMENT: | October 25, 2019 |
| HEARING | November 12, 2019 at 2:00 p.m. |

The parties are **REFERRED** to private mediation to be completed by June 28, 2019. The parties shall provide the Court with the name of an agreed-upon mediator by March 1, 2019 by filing a JOINT Notice. A compliance hearing regarding shall be held on **Friday, March 8, 2019** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By March 1, 2019, the parties shall file either the **JOINT** Notice or a one-page **JOINT STATEMENT** setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**