# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 4:18-cv-04622-YGR<br><br>Honorable Yvonne Gonzalez Rogers,<br>Courtroom: 1 - 4th Floor - Oakland<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[FRCP 41(a)(1)]<br><br>Complaint Filed: July 31, 2018 |

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 6, 2019

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE